**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Estate of Timothy Barnett, by and through Elizabeth Ann Barnett, as Personal Representative, | C/A No.: 3:24-cv-3068-SAL |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| SNAP Inc., | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Estate of

Timothy Barnett, by and through Elizabeth Ann Barnett as Personal Representative hereby gives

notice that the claims are dismissed without prejudice.

Respectfully Submitted.

By:    *s/ James M. Griffin*
       James M. Griffin, Esq., Fed. ID No. 1053
       Margaret N. Fox, Esq., Fed. ID No. 10576
       Griffin Humphries, LLC
       4408 Forest Dr., Suite 300
       P.O. Box 999 (29202)
       Columbia, South Carolina, 29206
       (803) 744-0800
       jgriffin@griffinhumphries.com
       mfox@griffinhumphries.com

       Joseph Kendrick Cunningham, Fed. ID No. 11986
       Joe Cunningham Law, LLC
       44 Folly Road, Suite C
       Charleston, South Carolina, 29407
       (843) 633-3360
       joe@joecunninghamlaw.com

Columbia, South Carolina
July 16, 2024

1